JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>SUPER CENTER CONCEPTS, INC.,<br><br>Defendants. | Case No. CV 21-01701-VAP-KSx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: April 8, 2021

VIRGINIA A. PHILLIPS
United States District Judge